## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        **CHAPTER 13**
**Nicole V. Godbolt-Greene**


    **DEBTOR**                    :        **BKY. NO.  17-11618jkf13**


## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application  and Application to Approve Counsel Fees.

Respectfully Submitted,


Date:  September 25, 2017          _____s/_____
                                   MICHAEL A. CATALDO, ESQUIRE
                                   CIBIK & CATALDO, P.C.
                                   1500 WALNUT  STREET, STE. 900
                                   PHILADELPHIA, PA  19102
                                   (215) 735-1060