# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 17-11618-MDC

NICOLE V. GODBOLT-GREENE

6122 Catharine Street

Philadelphia, PA 19143

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

NICOLE V. GODBOLT-GREENE

6122 Catharine Street

Philadelphia, PA 19143

Counsel for debtor(s), by electronic notice only.

CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Date: 11/28/2017

/S/ William C. Miller
_____

William C. Miller, Esquire
Chapter 13 Standing Trustee