## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Nicole V. Godbolt-Greene
                Debtor

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
              v.
Nicole V. Godbolt-Greene
            and
William C. Miller Esq.
            Trustee

Chapter 13

NO. 17-11618 MDC

## ORDER

AND NOW, this 30th day of July, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 24, 2017 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C. Section 362 is modified to allow NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6122 Catharine Street a/k/a 6122 Catherine Street Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Nicole V. Godbolt-Greene
6122 Catharine Street
Philadelphia, PA 19143

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532