**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                :         CHAPTER 13

Nicole V. Godbolt-Greene

      DEBTOR              :         BKY. NO.  17-11618MDC13

**CERTIFICATION OF NO ANSWER,**
**OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO RECONSIDER RELIEF ORDER  was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                Respectfully submitted,

DATE:  August 27, 2018            _____/s/_____
                MICHAEL A. CATALDO
                CIBIK & CATALDO, P.C.
                1500 WALNUT STREET, STE. 900
                PHILADELPHIA, PA 19102
                (215) 735-1060