# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 17-11618-MDC

NICOLE V. GODBOLT-GREENE

6122 CATHARINE STREET

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  NICOLE V. GODBOLT-GREENE

  6122 CATHARINE STREET

  PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

  CIBIK & CATALDO
  1500 WALNUT STREET
  SUITE 900
  PHILA, PA 19102-

Date: 8/28/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee