United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-11618-mdc
Nicole V. Godbolt-Greene                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Oct 31, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2018.
db              +Nicole V. Godbolt-Greene,    6122 Catharine Street,    Philadelphia, PA 19143-2206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2018 at the address(es) listed below:
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Debtor Nicole V. Godbolt-Greene ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Nicole V. Godbolt-Greene ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,   philaecf@gmail.com
                                                                          TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Nicole V. Godbolt-Greene | CHAPTER 13 |
| Debtor | |
| NATIONSTAR MORTGAGE LLC | |
| Movant | NO. 17-11618 MDC |
| vs. | |
| Nicole V. Godbolt-Greene | |
| Debtor | 11 U.S.C. Section 362 |
| William C. Miller Esq. | |
| Trustee | |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.    The Automatic Stay, vacated on July 30, 2018, is now reinstated.

2.    The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is $3,334.23, which breaks down as follows;

| | | |
|---|---|---|
| Post-Petition Payments: | May 2018 to October 2018 at $560.48/month | |
| Suspense: | ($28.65) | |
| **Total Post-Petition Arrears** | **$3,334.23** | |

3.    The Debtor(s) shall cure said arrearages in the following manner;

a) The Debtor shall bring the account current by October 31, 2018;

b). Maintenance of current monthly mortgage payments to the Movant will begin on November 1, 2018 in the amount of $560.48 per month or as changed as provided for by the loan documents.

4.    Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

5.    In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a

Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

6.    The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7.    If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

8.    If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

9.    The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10.    The parties agree that a facsimile signature shall be considered an original signature.

Date:    October 1, 2018          By: /s/ Rebecca A. Solarz, Esquire
                                       Attorney for Movant


Date:   10/10/18                   _____    x   Nicole Godbolt-Greene
                                    Michael A. Cibik, Esquire       Nicole Godbolt-Greene
                                    Attorney for Debtor

Date:  10/29/18                    _____       NO OPOSITION
                                    William C. Miller, Esquire
                                    Chapter 13 Trustee      *without prejudice to any
                                                             trustee rights or remedies

Approved by the Court this 31st day of ___October_____, 2018. However, the court retains discretion regarding entry of any further order.

                                    _____
                                    Bankruptcy Judge
                                    Magdeline D. Coleman