Nicole Greene

Bankruptcy # 17-11618-MDC

4/9/19

Response

FILED
APR - 9 2019
TIMOTHY McGRATH, CLERK
BY _____ DEP. CLERK

Good Day,

My Name is Nicole Greene and I am filing a Response to the Motion. I made payment for the Trustee but the payment failed and I was not aware. The Trustee payment was in my account and I have proof. I will like to attend the hearing on May 9, 2019 and bring all of my payments in full. I am currently making payment every month until the hearing for the Trustee payment. Thank you for your time to read my response.

Nicole Greene

215-617-0564