**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

IN RE:  Nicole V. Godbolt-Greene

                            Debtor(s)

Chapter 13

NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

              v.

Nicole V. Godbolt-Greene

              and

William C. Miller Esq.

                     Trustee

NO. 17-11618 MDC

## ORDER

AND NOW, this  5th   day of   April   , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on October 29, 2018  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6122 Catharine Street a/k/a 6122 Catherine Street Philadelphia, PA 19143.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Nicole V. Godbolt-Greene
6122 Catharine Street
Philadelphia, PA 19143

William C. Miller Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cibik
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532