# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11618-MDC

NICOLE V. GODBOLT-GREENE

6122 CATHARINE STREET

PHILADELPHIA, PA 19143

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    NICOLE V. GODBOLT-GREENE

    6122 CATHARINE STREET

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102-

                                            /S/ Kenneth E. West

Date: 1/24/2022                               _____

                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee