United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-11618-mdc |
| Nicole V. Godbolt-Greene | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole V. Godbolt-Greene, 6122 Catharine Street, Philadelphia, PA 19143-2206 |
| 13879216 | + | Daniel DeLiberty, Esq, 2809 W. Chester Pike, Suite 100, Broomall, PA 19008-1827 |
| 13879222 | + | Frederic Weinberg, Esq., 1001 E. Hector Street, Suite 22021 S. 21st Street, Conshohocken, PA 19428-2395 |
| 13879224 | + | Helm Assocs, 801 Bristol Pike, Croydon, PA 19021-5447 |
| 13879226 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13879229 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13879231 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 01 2022 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 01 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13879210 | + | Email/Text: bncnotifications@pheaa.org | Aug 01 2022 23:59:00 | Aes/pnc Natl City, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14704529 | + | Email/PDF: pa_dc_ed@navient.com | Aug 02 2022 00:03:52 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13882585 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 01 2022 23:59:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13879213 | | Email/Text: megan.harper@phila.gov | Aug 01 2022 23:59:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13879214 | | Email/Text: megan.harper@phila.gov | Aug 01 2022 23:59:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13879211 | + | Email/Text: ecf@ccpclaw.com | Aug 01 2022 23:59:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13879215 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 01 2022 23:59:00 | Credit Coll, Po Box 607, Norwood, MA 02062-0607 |
| 13879218 | + | Email/PDF: pa_dc_ed@navient.com | Aug 02 2022 00:04:02 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 13949970 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2022 00:03:58 | Directv, LLC, by American InfoSource LP as |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14056138 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 01 2022 23:59:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 13879219 | + | Email/Text: bknotice@ercbpo.com | Aug 01 2022 23:59:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13879220 | ^ | MEBN | Aug 01 2022 23:57:45 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13879221 | ^ | MEBN | Aug 01 2022 23:57:54 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13879223 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 01 2022 23:59:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 13879225 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 01 2022 23:59:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13945259 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 01 2022 23:59:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., P.O. Box 619096, Dallas, TX 75261-9741 |
| 13879227 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 01 2022 23:59:00 | Nationstar Mortgage Ll, 350 Highland Dr, Lewisville, TX 75067 |
| 13879228 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 01 2022 23:59:00 | Nationstar Mortgage, LLC, Bankruptcy Department, 350 Highland Drive, Lewisville, TX 75067 |
| 13938990 | | Email/PDF: pa_dc_ed@navient.com | Aug 02 2022 00:04:02 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13898115 | + | Email/Text: bncnotifications@pheaa.org | Aug 01 2022 23:59:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13879230 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 01 2022 23:59:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 13879232 | | Email/Text: DASPUBREC@transunion.com | Aug 01 2022 23:59:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13885253 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 02 2022 00:03:51 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13889904 | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 13879212 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14268115 | *+ | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 13879217 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Westbury, NY 11590-5121 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 01, 2022 | Form ID: 138OBJ | Total Noticed: 32 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2022                                  Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Nicole V. Godbolt-Greene mail@cibiklaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Nicole V. Godbolt−Greene

      Debtor(s)

Case No: 17−11618−mdc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/1/22